

**HURWITZ FINE** PC

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.08
hurwitzfine.com

> Application denied. The Parties are directed to file a proposed Civil Case Discovery Plan and Scheduling Order by no later than 5:00 p.m. on February 23, 2026.
>
> SO ORDERED.
>
> _(signature)_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         February 20, 2026

**Scott D. Storm, Esq.**
sds@hurwitzfine.com

February 18, 2026

**VIA ECF FILING**
**and FIRST-CLASS MAIL:**

Hon. Philip M. Halpern, USDJ
United States District Court
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

> RE:  *Tanysha Newman v. State Farm Mutual Automobile Insurance Company*
> **Case No. 7:26-cv-00428**
> **Letter Motion**

Dear Judge Halpern:

I represent the defendant, State Farm Mutual Automobile Insurance Company. This case is currently scheduled for an Initial Case Management and Scheduduling Conference for February 25, 2026, at 9:30 a.m., by telephone.

This correspondence is filed:

1. Supporting diversity of citizenship pursuant to the Individual Practices of the Court, 2. B, and in response to the Court's Notice of Initial Conference (Dkt. No.: 6). This Court has diversity jurisdiction over this action under 28 U.S.C. § 1332 on the grounds that State Farm is an insurance company incorporated in the State of Illinois and has its principal

Locations: Buffalo, NY (headquarters) • Albany, NY • Albion, NY • Amherst, NY • Andover, MA • Concord, NH
Hartford, CT • Englewood, NJ • Melville, NY • Niagara Falls, NY • Rochester, NY • Fax/Email Not For Service



**HURWITZ FINE P.C.**

Hon. Philip M. Halpern, USDJ
February 18, 2026
Page | 2

place of business in Bloomington, Illinois, while plaintiff is an individual residing in Orange County in the State of New York, and the amount in controversy exceeds $75,000. Venue is proper in this District pursuant to 28 U.S.C. § 1391(c)(1) on the grounds that Plaintiff resides within this District.

2. Providing State Farm's responsive pleading, pursuant to the Individual Practices of the Court, 3. B. Enclosed with this letter mailed to the Court is a courtesy copy of State Farm's Answer with exhibits thereto.

3. Requesting this Court's permission not to submit a proposed discovery plan in light of State Farm's letter motion request to file an immediate motion to dismiss (Dkt. No.: 9). A discovery plan appears moot and a waste of judicial resources until the dispositive issue of the application of the two year contractual suit limitation is decided.

Thank you for your attention to the above.

Respectfully submitted,

HURWITZ FINE P.C.

Scott D. Storm, Esq.

c: **Via ECF Filing**
New York Injury Law, LLP
John DeGasperis, Esq.
*Attorney for the Plaintiff*